LYNCH ICHIDA THOMPSON KIM & HIROTA
A Law Corporation

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
Email: tjh@loio.com

Attorney for Plaintiff
ATLANTIC PACIFIC INTERNATIONAL, INC.

IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ATLANTIC PACIFIC INTERNATIONAL, INC. a Hawaii Corporation,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>FLEMING COMPANIES, INC. an Oklahoma corporation; DOE HAWAII RETAILERS 1-4; DOE OCEAN CARRIERS 1-2; DOE MAINLAND VENDORS 1-1,000; DOES 1-100,<br><br>　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. CV02 00711 HG LEK<br>(Contract)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br><br><br><br><br>No Trial Date Set |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff ATLANTIC

PACIFIC INTERNATIONAL, INC. and Defendant FLEMING COMPANIES,

INC., by and through their respective counsel, that the Complaint filed herein by Plaintiff on October 2, 2002.

This stipulation for dismissal is based on Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. The trial date has not been set. Each party agrees to bear their own attorneys' fees and costs in regard to this matter. There are no remaining claims, counterclaims or parties.

**APPROVED AND AGREED TO:**

_____
TIMOTHY J. HOGAN
Attorney for Plaintiff
ATLANTIC PACIFIC INTERNATIONAL, INC.

_____
LEX SMITH
Attorney for Defendant
FLEMING COMPANIES, INC.

SO ORDERED:

DATED: Honolulu, Hawai'i, _____.

_____
United States District Court Judge

---

*Atlantic Pacific International, Inc. v. Fleming Companies, Inc., et al.*, Civ. No. CVC02 00711 HG LEK, in the United States District Court for the District of Hawaii; STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

2