# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 16, 2006  4:30 pm
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00711 HG-LEK |
| CASE NAME: | Atlantic Pacific International, Inc. v. Fleming Companies, Inc.; Doe Hawaii Retailers 1-4; Doe Ocean Carriers 1-2; Doe Mainland Vendors 1-1,000; Does 1-100 |
| ATTYS FOR PLA: | Timothy J. Hogan |
| ATTYS FOR DEFT: | Lex R. Smith |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | | TIME: | |

COURT ACTION:    **MINUTE ORDER**

The STIPULATION FOR DISMISSAL WITHOUT PREJUDICE filed by the parties on March 8, 2006 is approved by the Court.  The case is HEREBY DISMISSED.

IT IS SO ORDERED.

Submitted by: David H. Hisashima, Courtroom Manager

cc:    above counsel
       Judge Helen Gillmor's chambers